IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES LaFOLLETTE and GLENDA LaFOLLETTE, ) ) ) Plaintiffs, ) ) vs. ) ) STATE FARM MUTUAL INSURANCE COMPANY, ) ) ) ) Defendant. ) | No. 3:05-CV-365 (Phillips/Guyton) |

## MEMORANDUM AND ORDER

This matter is before the Court upon plaintiffs' motion to set scheduling conference [Doc. 18]. For good cause, plaintiffs' motion is **GRANTED**.

IT IS SO ORDERED.

ENTER:

s/Thomas W. Phillips
UNITED STATES DISTRICT JUDGE